Amrane Cohen, Chapter 13 Trustee
770 The City Drive South, Suite 3300
Orange, CA 92868
Phone (714) 621-0200
Fax   (714) 621-0277

**United States Bankruptcy Court**
**Central District of California**

| | |
|---|---|
| Jose A. Castillo<br><br>Irma Castillo | ) Chapter 13<br>)<br>) Case No.: 8:10-bk-24974-ES<br>)<br>) **NOTICE OF UNCLAIMED DIVIDEND**<br>) **(Bankruptcy Rule 3011)**<br>)<br>)<br>) |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Please find annexed hereto Check No. **301151** in the sum of **$ 580.00** representing an unclaimed dividend in the above-entitled Debtor's estate. Said sum is paid over to you pursuant to Bankruptcy Rule 3011 . The name and address of the party entitled to said unclaimed dividend is as follows:

    Jose A. Castillo
    831 S. Barnett Street
    Anaheim, CA 92702

Date: September 10, 2011    __/S/_____
                                        Amrane Cohen, Chapter 13 Standing Trustee

| Case No. | Debtor Name(s) | | PSN | Payment Amount | Interest Payment | Principal Payment |
|---|---|---|---|---|---|---|
| 1024974 | Jose A. & Irma Castillo ACCT: | Claim: 00000 | XXX-XX-1542 XXX-XX-1914 | 580.00 | 0.00 | 580.00 |
| | | TOTALS | | 580.00 | 0.00 | 580.00 |

Jose A. Castillo
Irma Castillo
BALANCE:            [0.00  0/00000]
SSN: XXX-XX-1542   SSN: XXX-XX-1914
ACCT:                      CASE: 1024974
PRINCIPAL:       580.00    INTEREST:          0.00

---

DO NOT ACCEPT THIS CHECK UNLESS YOU CAN SEE A DUAL-TONE TRUE WATERMARK THAT APPEARS AS CONNECTING PENTAGONS WHEN HELD TO THE LIGHT AND "AMRANE COHEN" APPEARS WHEN VIEWED AT AN ANGLE.

**AMRANE COHEN**
**CHAPTER 13 TRUSTEE**
CHAPTER 13 TRUSTEE
PO BOX 809
ORANGE, CA  92856

SUNTRUST
800-786-8787

64-79
611

**0301151**

Aug 22, 2011

VOID 90 DAYS FROM DATE

*******$580.00

**PAY**  Five Hundred Eighty And 00 / 100 Dollars

**TO THE ORDER OF**  Jose A. Castillo  & Irma Castillo
831 S. Barnett Street
Anaheim, CA  92805

⑈0301151⑈ ⑆061100790⑆ 000000575186 2⑈

THE FACE OF THIS CHECK HAS A BLUE BACKGROUND – ANY OTHER COLORS MAY BE EVIDENCE OF CHEMICAL ALTERATION OR ERASURE – SEE REVERSE SIDE FOR MORE SAFETY FEATURES